UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 16 CV 6401

2016 AUG 11 PM 3:18
RECEIVED
SDNY PRO SE OFFICE
D.OF N.Y.

PROSE KIM L. MCCALL @3456
PERSON WITH DISABILTY

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

See attached          -against-

1) DIVISION OF HUMAN RIGHTS          ①
2) U.S. DEPARTMENT OF HOUSING AND URBAND DEVELOPMENT
3) DEPARTMENT OF HOUSING AND PRESERVATION DEVELOPMENT
4) DIVISION OF HOUSING AND COMMUNITY RENEWAL
5) NEW YORK STATE COMMISSION ON JUDICIAL CONDUCT
6) SUPREME COURT APPELLATE TERMS FIRST DEPARTMENT DISCAmy
7) CITY MARSHAL THOMAS J. BIA
8) GOVERNOR ANDREW CUOMO OFFICE
9) MAYOR BILL DE BLISIO OFFICE
10) JUDGE JOHN HENRY STANLEY

Jury Trial: ☒ Yes  ☐ No
*(check one)*

② I'M ALSO
DEMAND A
JURY TRIAL
WITHIN 14 DAYS
OF SERVICE OF
THE ANSWER

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   PROSE KIM L. MCCALL @3456 PERSON WITH DISABILTY
Street Address   1384 BOSTON ROAD APT 11
County, City   BRONX
State & Zip Code   NEW YORK   10456
Telephone Number   (347) 891.4188

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

SEE ATTACHED

Defendant No. 1   Name   DIVISION OF Human RIGHT
Street Address   ONE FORDHAM ROAD PLAZA 4 FLOOR

*Rev. 05/2010*

① County, City BRONX
State & Zip Code NEW YORK CITY 10458
~~Telephone Number~~ 163 WEST 125 STREET N.Y.C. NY. 10027

Defendant No. 2 ① Name U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
Street Address 26 FEDERAL PLAZA SUITE 3532
County, City NEW YORK,
State & Zip Code NEW YORK 10278
② ~~Telephone Number~~ ONE FORDHam PLAZA 4 Floor, Bronx NYC. 10458

Defendant No. 3 Name DIVISION OF HOUSING AND COMMUNITY RENEWAL
Street Address 92-31 UNION HALL
County, City JAMACIA, QUEEN
State & Zip Code NEW YORK 11433
② ~~Telephone Number~~ 163 WEST 125 Street N.Y.N.Y.C 10027

Defendant No. 4 Name DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT
Street Address 100 GOLD STREET
County, City NEW YORK CITY
State & Zip Code NEW YORK 10038
Telephone Number _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? UNDER 28 U.S.C. § 1331
① FEDERAL FAIR HOUSING ACT
② FEDERAL CIVIL RIGHT ACT

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

## III.   Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

SEE ATTACHED

① KIM L. MCCall @3456 (PROSE) PERSON WITH DISABILITY

-V-

① DIVISION OF HUMAN RIGHTS
② U.S. DEPARTMENT OF HOUSING AND URBAND DEVELOPMENT
③ DEPARTMENT OF HOUSING AND PRESERVATION DEVELOPMENT
④ DIVISION OF HOUSING AND COMMUNITY RENEWAL
⑤ NEW YORK STATE COMMISSION ON JUDICIAL CONDUCT
⑥ SUPREME COURT APPELLATE TERM FIRST DEPARTMENT DISCIPLINE
⑦ CITY MARSHAL THOMAS BIA
⑧ GOVERNOR ANDREW CUOMO OFFICE
⑨ MAYOR BILL DE BLISIO
⑩ JUDGE JOHN HENRY STANLEY
⑪ JUDGE STEVEN WEISMAN
⑫ JUDGE BRENDA SPEARS
⑬ JUDGE JAYA MADHAVAN
⑭ JUDGE LIZBETH Gonzalez
⑮ JUDGE JULIA RODGUEZ
⑯ JUDGE JOSPHE CAPRELLA
⑰ ATTORNEY ERIC ALAN WUGHALTER
⑱ ATTORNEY JULIAN S. KAUFMAN
⑲ ROGERS WUGHALTER KAUFMAN CORP TOTAL LAW FIRM
⑳ ATTORNEY YISREOL Y. LeSHOWITZ
㉑ MICHEAL TESSLER
㉒ JACOB SCHWARTZ
㉓ MOSHE ABRAMSON
㉔ ISAAC HERWITZ



page
2

2/2

SEE ATTACHED

① PRO SE KIML. MCCALL ⑥ 3456 to PERSON WITH DISABILTY
   1384 BOSTON ROAD APT 11 BRONX NYC. 10456
   - V -

① DIVISION OF HUMAN RIGHTS
   ① ONE FORDHAM PLAZA 4th. BRONX NYC. 10458.
   ② 163 WEST 125 STREET   NYC. NY. 10027

② U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
   ① 26 FEDERAL PLAZA SUITE 3532 NYC. NY. 10278
   ② ONE FORDHAM PLAZA 4th BRONX NYC 10458

③ DIVISION OF HOUSING AND COMMUNITY. RENEWAL
   ① 92-31 UNION HALL JAMACIA QUEEN NYC. 11433
   ② 163 WEST 125 STREET   NYC. NY. 10027

④ DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMEN
   100 GOLD STREET N.Y. NYC. 10038

⑤ NEW YORK STATE COMMISSION ON JUDICAL CONDUCT
   61 BROADWAY 12 FLOOR NEW YORK, NEW YORK 10006

⑥ SUPREME COURT APPELATE DIVISION OF JUDICIAL
   DEPARTMENT OF DISCRIPARLY COMMITTEE
   61 BROADWAY  2 FLOOR  NEW YORK, NEW YORK CITY 10006

⑦ CITY MARSHAL THOMAS BIA
   100 GRAND CONCOURSE BRONX NEW YORK 10

⑧ GOVERNOR ANDREW CUOMO OFFICE
   ① EXECUTIVE CHAMBER STATE BUILDING
   ALBANY NY 12224
   ② 633 3 Ave
   N.Y. N.Y.

page 2

2/4

See ATTACHED

(9) MAYOR BILL DE BLISO OFFICE
CITY HALL NEW YORK, NEW YORK CITY 10007

(10) JUDGE JOHN HENRY STANLEY.
Bronx HOUSING Court 1118 GRAND Concourse Bx N.Y.C. 10456

(11) JUDGE STEVEN WEISMAN
Bronx HOUSING COURT 1118 GRAND Course BxNYC. 10456

(12) JUDGE BRENDA SPEARS
Bronx HOUSING COURT 1118 GRAND Course BxNYC. 10456

(13) JUDGE TAYA MADHAVANS
Bronx HOUSING COURT 1118 GRAND COURSE BxNYC. 10456

(14) JUDGE LIZBETH GONZALEZ
Bronx CIVIL COURT 851 GRAND Course BxNYC. 10451

(15) JUDGE JULIA RODLIEZ
BRONX CIVIL COURT 851 GRAND Concourse BxN.YC.10451

(16) JUDGE JOSPHE CAPPELIA
Bronx CIVIL COURT 851 GRAND Concourse BxNYC 10451

(17) ATTORNEY ERICALAN WULHALTER
800 GRAND Concourse BRONX NYC. 10451

(18) ATTORNEY JULIAN S. KAUFMAN
800 GRAND Concourse Bronx NYC. 10451

19) ROGERS, WUGHALTER, KAUFMAN, CORREDINE (LAW FIRM)
800 GRAND CONCOURSE BX NYC. 10451

20) ATTORNEY YISREOL Y. LeSHOWTZ
45 BROADWAY SUITE 3010 N.Y. NY. 10006

21) MICHEAL TELLER
①ATTORNEY ERIC ALAN WUGHALTER
②ATTORNEY JULIAN S. KAUFMAN
③ROGERS WUGHALTERS. KAUFMAN, CORREDINE (LAW FIRM)
④ATTORNEY YISREOL Y. LeSHOWTZ (LAW FIRM)

22) JACOB SCHWARTZ
①ATTORNEY ERIC ALAN WUGHALTER
②ATTORNEY JULIANS. KAUFMAN
③ROGERS. WUGHALTER, KAUFMAN, CORREDINE (LAW FIRM)
④ATTORNEY YISREOL Y. LeSHOWTZ (LAW FIRM)

23) MOSIAE ABRAMSON
①ATTORNEY ERIC ALAN WUGHALTER
②ATTORNEY JULIAN S. KAUFMAN
③ROGERS, WUGHALTER, KAUFMAN, CORREDINE (LAW FIRM)
④ATTORNEY Y. ISREOL Y. LeSHOWTZ (LAW FIRM)

24) ISAAC HERTUND
①ATTORNEY ERIC ALAN WUGHALTER
②ATTORNEY JULIANS. KAUFMAN
③ROGERS. WUGHALTERS. KAUFMAN, CORREDINE (LAW FIRM)
④ATTORNEY Y ISREOL Y. LeSHOWTZ (LAW FIRM)

page
4
4/4

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? 1819 Weeks Ave #52N
Bronx NYC 10457 / Bronx Housing Court / Bronx Civil Court / Goverment office
(CITY/STATE/FEDERAL)

B.   What date and approximate time did the events giving rise to your claim(s) occur? All of 2013(FED)
All of 2014(FED), All of 2015(FED), JAN 1, 2016(FED) - JULY 31, 2016(FED)
DHCR, DHR HUD HPD COURT other
EVERY SINCE I MADE GOD FATH COMPLAINT IN 2012(FED)

SEE ATTACHED

C.   Facts: I (WE) HAVE BEEN THE VICTIM OF PUBLIC CORRUPTION. I

[box: What happened to you?]

FILED THIS COMPLAINT WITH DHR/HUD ON DEC 11, 2014(FED) BECAUSE OF DISCRIMATION, HARASSMENT, ILLEGALLY UNLAWFUL EVICTION ON SEP 24, 2014(FED), RETATIATION BADFAITH, VIOLATION of JUDICIARY law 487. Violation of (1) FEDERAL FAIR HOUSING ACT (2) FEDERAL CIVIL RGTS ACT

SEE ATTACHED

[box: Who did what?]

(LANDLORD/MANAGERMENT/OTHER'S (1) MICHEAL TESSLER
(2) JACOB SCHWARTZ (3) MOSHE ABROMSON (4) ISAAC HERWITZ
(5) ATTORNEY ERIC ALAN WUGHALTER (6) ATTORNEY JULIAN S. KAUFMAN
(6) ROGERS, WUGHALTER, KAUFMAN CORRIDINE LAW FIRM (7) ATTORNEY YISREOL Y. LESHKOWITZ (LAW FIRM)

SEE ATTACHED

[box: Was anyone else involved?]

JUDGE JOHN HENRY STANLEY, JUDGE STEVEN WETSMAN, JUDGE BRENDA SPEARS
JUDGE JAYA MADHAVANS, JUDGE LIZBETH GONZALEZ, JUDGE JULIA GONZALEZ,

(1/2) [box: Page 1]

JUDGE JOSPHE CAPBELLA, CITY MARSHAL THOMAS BIA, DIVISION OF HUMAN RIGHTS U.S. DEPARTMENT of HOUSING AND URBAN DEVELOPMENT
DEPARTMENT of HOUSING AND PRESERVATION DEVELOPMENT / DHCR.

[box: Who else saw what happened?]

JUDGE TIMMIE ELSNER, ALL MY NEIGHBOR 1819 WEEKS Ave
WORKER IN BRONX HOUSING COURT / BRONX CIVIL COURT / HPD LAWYER
MRS. SIMONE SYLVESTER, OTHER GOVERMENT AGENCIES WI TH
CITY / STATE / FEDERAL, FAMILY AND FRIENDS.

IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. MAJOR DEPRESSION FROM
2013(FED) MARCH 17, 2014(FED) All of 2014(FED), 2015(FED) - 2016(FED), ADULT MEDICAL
TREATMENT PRATTICE, BEHAVIRORAL HEALTH TREATMENT DEPRESSION
CONSISTS WEEKLY PSYCHOTHERAPY SESSIONS AND MONTHLY
MEDICAL MANAGEMENT VISITS SINCE APRIL 3, 2014(FED) -
PRESENT, BECAUSE OF THE ABUSE OF ATTORNEY ERIC ALAN
WUGHALTER, JUDGE JOHN HENRY STANLEY, AND OTHER
THAT GAVE ME A NERVOUS BREAKDOWN (A) WINDOW IN
THE BATHROOM 1819 weeks Ave, 52N BX NYC 10456, FELL HIT
ME IN THE HEAD / HURT MY NECK AND MY SHOULDER.
JUDGE STEVEN WETSMAN WOULDN'T FORCE ATTORNEY
ERIC ALAN WUGHALTER AND HIS CLIENT MAKE REPATS

Rev. 0: 2010

NERVOUS BREAKDOWN / MAJOR DEPRESSION

July 8.16 (PC)

THE PLAINTIFF PRO SE KIM L. MCCALL ®3456 to
PERSON WITH DISABILTY. IS A RESIDENT
OF THE STATE OF NEW YORK. MISS MCCALL
HAS BEEN HOMELESS FOR
650 DAYS 21 MONTHS 14 DAYS AND Coming.

THE DEFENDANT ARE ENGAGED IN
GOVERMENT AGENCIES, JUDGE'S, CITY
MARSHAL, GOVERNOR OFFICE, MAYOR OFFICE,
DISCIPLINARY COMMITTE, NYS COMMISSION ON
JUDICAL CONDUCT, LAWYERS, LAW FIRMS,
LANDLORD, (DHR, HUD, DHCR, HPD, HPD ACTION),

I (WE) HAVE BEEN THE VICTIM OF
PUBLIC CORRUPTION. I FILED THIS
COMPLAINT WITH DIVISION OF HUMAN
RIGHTS/U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT, ON
DECEMBER 11, 2014 (PC), THEY DENIED US
DUE PROCESS. AND THEY SUPPORTED
① FEDERAL FAIR HOUSING ACT
② FEDERAL CIVIL RIGHT ACT

THEY HELD ON TO MY PAPER FOR
274 STRAIGT DAYS. THEY DID NO
INVESTIGATION. THEY VIOLATED THEIR
RULES. BY NOT COMPLETE MY COMPLAINT
WITHIN 100 DAYS. THEY NEVER SEND
ME AN ACKNOWLEDGE ABOUT MY COMPLAINT.
DIVISION OF HUMAN RIGHT/HUD

ALLOWED ATTORNEY ERIC ALAN WUGHALTER TO PERJURY, VIOLATION OF JUDICIARY LAW§487, TO RETALATION AGAINST MY FAMILY AND I WHEN WE MADE "GOOD FAITH COMPLAINT", COLLECT RENT/AND CASHED OUR CHECK AND MONEY ORDER'S FROM SEPTEMBER 2010(FC)— NOVEMBER 6, 2014(FC). I WAS ILLEGALLY/UNLAWFUL/LOCKOUT/EVICTION ON SEPTEMBER 24, 2014(FC). DIVISION of HOUSING AND COMMUNITY RENEWAL CORRECTED THE ERA FROM THE BRONX HOUSING COURT/ BRONX CIVIL COURT. I'M ENTITLED TO THE DIFFERENT. LOOK AT (EXHIBIT 1). FROM DHCR ISSUE DATE MARCH 10, 2015(FC). I'M ALSO ENCLOSING RENTAL PAYMENT LANDLORD RECIEVED AND CASHED BEFORE AND AFTER EVICTION ON SEP 24, 2014(FC). STORAGE BILL FROM OCT 29, 2014(FC)—PRESENT. DHCR SAID I SHOULD COME TO COURT JUDGE BRENDA SPEARS DENIED IT. I'M ALSO REQUESTING TO BE RESTORED TO MY APARTMENT OF OVER 44 YEARS (52N) (5 FLOOR) and (33N) (3 floor) HRL. 296. 18(2) Reasonable ACCOMDATIONS.

(1) RPAPL§713
(2) RPAPL§ 853
(3) NYC Admin CODE§26-521
(4) NYC Adm. CODE§26-523

I AM REQUESTING PROTECTION UNDER
① FEDERAL FAIR HOUSING ACT
② FEDERAL CIVIL RIGHT ACT
③ DENIED DUE PROCESS FOR OVER 274 STRAIGHT DAYS

# 10173256        (#6)        DHR/HUD

(EXHIBIT 1-5)

(EXHIBIT 1) ① DHCR "ORDER GRANTING APPLICATION
DOCKET NUMBER CX610052R DATE ISSUE MARCH 19 2015(FR)
(EXHIBIT 2) (PAGE 7-8) RENT OVERCHARGE.
I'M ENTITLED TO INREST PLUS MY ATTORNEY FEES.
(EXHIBIT 3) LEASE SUCCESSIONS RIGHTS
(S2N)(5FLOOR) (PAGE 12)
(EXHIBIT 4) EVICTION ON SEPTEMBER 24, 2014(FR)
I'M REQUESTING TRIPLE DAMAGE
FROM BEFORE AND AFTER EVICTION ON
SEPTEMBER 24, 2014(FR) AND TO BE
RESTORED TO OCCUPANCY      (page 16-17)
① RPAPL § 853
② NYC ADM CODE § 26-521
③ NYC ADM CODE § 26-523
④ 9 NYCRR § 2524 : 4
⑤ 9 NYCRR § 2504 : 4
⑥ NYC ADMIN CODE 26-408 (b)(1)
⑦ REAL PROPERTY Law § 235-b
(EXHIBIT 5) (page 25-26) DISABILITIES
"REASONABLE ACCOMDATIONS
(33N)(3 FLOOR) CITRL 296. 18(2)

FROM "TENANT RIGHT GUIDE"
ATTORNEY GENERAL "ERIC T. SchneiderMAN

page 3

3/6

(EXHIBIT 6-13)

(EXHIBIT 6)  DISCRIMINATION - (PAGE 26)
① EXECUTIVE LAW § 296 (5)
② NYC Admm CODE § 8-107

(EXHIBIT 7)  HARASSMENT  (PAGE 27)
① PENAL LAW § 241.05
② NYC ADMIN. CODE 27-2004
③ NYC ADMIN. CODE § 27-2005
④ NYC ADMIN. CODE § 27-2115
IF LANDLORD LIES OR DELIBERATELY
MISREPRENTS TO A TENANT THIS
MAY ALSO CONSTITUTE HARASSMENT.

(EXHIBIT 8)  ORDER TO SHOW CAUSE
INDEX NO 15176/2014(PG) MARCH 27, 2014 (PG)

(EXHIBIT 9)  ORDER TO SHOW CAUSE DIRECTING THE
CORRECTING OF VIOLATIONS AND FOR
A FINDING OF HARASSMENT AND FOR A
RESTRAINING ORDER (H.P. ACTION)
INDEX NO # 35147/2014(PG) JUNE 30, 2014(PG)

(EXHIBIT 10)  ORDER TO SHOW CAUSE DIRECTING THE
CORRECTING OF VIOLATIONS AND FOR
A FINDING OF HARASSMENT AND FOR A
RESTRAINING ORDER (H.P. ACTION)
INDEX NO # 37031/2014(PG) JULY 14, 2014(PG)

(EXHIBIT 11)  # 37031/2014(PG)
JUDGE STEVEN WEISSMAN
DECISION/ORDER JULY 14, 2014 (PG)

(EXHIBIT 12)  GROSS NEGLIGENCE
(EXHIBIT 13)  WILLFUL MISCONDUCT

( EXHIBIT 14-22 )

(EXHIBIT 14) RENT PAYMENT OF    $ 2,165.77 X 3
             TRIPLE DAMAGE =    $ 6,497.31
(EXHIBIT 15) RENT PAYMENT OF    $ 1,266.04 X 3
             TRIPLE DAMAGE =    $ 3,798.12
(EXHIBIT 16) RENT PAYMENT OF    $ 2,894.31 X 3
             TRIPLE DAMAGE =    $ 8,682.93
(EXHIBIT 17) RENT PAYMENT OF    $ 215.00 X 3
             TRIPLE DAMAGE      $ 645.00
(EXHIBIT 18) RENT PAYMENT OF    $ 2,786.81
             TRIPLE DAMAGE      $ 8,360.43
(EXHIBIT 19) RENT PAYMENT OF    $ 215.00
             TRIPLE DAMAGE      $ 645.00
(EXHIBIT 20) FROM JUDGE JOHN HENRY STANLEY
             DECISION ON JAN 6, 2014 (F) 
             PASSIONATE AND RELENTLESS ADVOCATE
             PERCEIED IN JUSTICE
(EXHIBIT 21) PAPER I FILED WITH DIVISION OF HUMAN
             RIGHTS/ HUD ON MAY 21, 2014 (F)
             BEFORE ILLEGALLY EVICTION / LOCKOUT on
             SEPTEMBER 24, 2014 (F)
(EXHIBIT 22) PAYMENT OF RENT LANDLORD CASHED
             BEFORE AND AFTER EVICTION on SEPTEMBER 24, 2014 (F)

NOVEMBER 6, 2014 (F) LANDLORD/RECIEVED/CASHED RENT.
OCTOBER 28, 2014 (F) LANDLORD/RECIEVED/CASHED RENT.
SEPTEMBER 24, 2014 (F) LANDLORD/RECIEVED/CASHED RENT
SEPTEMBER 15, 2014 (F) LANDLORD/RECIEVED/CASHED RENT
SEPTEMBER 3, 2014 (F) LANDLORD/RECIEVED/CASHED RENT
SEPTEMBER 3, 2014 (F) LANDLORD/RECIEVED/CASHED RENT.

page 1 1/2



page 5 5/6

page 2  7/2

(EXHIBIT 22-23)

(EXHIBIT 22)

SEPTEMBER 3 2014 (rp) ANDLORD/RECIEVED/CASHED RENT

SEPTEMBER 3, 2014 (rp) LANDLORD/RECIEVED/CASHED RENT

August 20, 2014 (rp) LANDLORD/RECIEVED/CASHED RENT

August 5, 2014 (rp) ANDLORD/RECIEVED/CASHED RENT.

JULY 19, 2014 (rp) ANDLORD/RECIEVED/CASHED RENT.

LANDLORD RECIEVED AND

CASHED CHECKS

MONEY ORDER'S

SEPTEMBER 2010

↓

NOVEMBER 6, 2014 (rp)

LANDLORD RECIEVED AND CASHED

CHECKS, MONEY ORDER FROM

SEPTEMBER 2010 (rp) — NOVEMBER 6, 2014 (rp)

(EXHIBIT 23)   DHR/HUD. WHEN PROCESS COMPLAINT FILED

page 6

6/6

WHO DID WHAT ?

SEE ATTACHED

1) MICHEAL TESSLER
2) JACOB SCHWARTZ
3) MOSHE ABRAMSON
4) ISAAC HERWIRTZ
5) ATTORNEY ERIC ALAN WUGHALTER
6) ATTORNEY JULIAN S. KAUFMAN
7) ATTORNEY ROGERS, WUGHALTER, KAUFMAN, CORRIDINE LAW FIRM
8) ATTORNEY YISREOL Y. LESHOWITZ

1) * MICHEAL TESSLER * CONSPIRE WITH OTHER'S TO RETALIATION AGAINST MY FAMILY AND I BECAUSE I MADE GOOD FAITH COMPLAINT STARTING IN 2012(FC), (BUT BEFORE ALSO) TO 1) DIVISION OF HOUSING AND COMMUNITY RENEWAL 2) DEPARTMENT OF HOUSING AND PRESERVATION DEVELOPMENT 3) BRONX HOUSING COURT (HPD ACTION) 4) 311 / HPD 5) AND OTHER CITY / STATE / FEDERAL GOVERMENT BECAUSE THEY RECIEVED VIOLATION FROM THE CITY HPD / AND WE HAD A MEETING AT DIVISION OF HOUSING AND COMMUNITY RENEWAL AND I HAD 2 CASES IN BRONX HOUSING COURT FOR HARASSMENT / AND SERVICE / AND I TRIED TO GET 2 CASE OF HARASSMENT WITH A RESTRAINING ORDER (HP ACTION) BEFORE BRONX HOUSING COURT JUDGE STEVEN WEISMAN IN WHICH HE DENIED, ALL MY MOTIONS. ALL OF 2014(FC) - FROM DAY ONE UNTIL HIS FINAL DECISION/ORDER NOVEMBER, 2014(FC)

page 2

2/1

# WHO DID WHAT?

SEE ATTACHED

1. INDEX NO   #74508/2012(f)    HARASSMENT
2. INDEX NO   #945/2013 (f)     HARASSMENT
3. INDEX NO   #35147/2014(f)    June 30,2014(f)
A FINDING OF HARASSMENT AND FOR A
RESTRAINING ORDER (H.P. ACTION)
4. INDEX NO   #37031/2014(f)    July 14,2014(f)
A FINDING OF HARASSMENT AND FOR A
RESTRAINING ORDER (H.P. ACTION)

(#2) ✱ JACOB SCHWARTZ CONSPIRE WITH MICHEAL
TESLER AND ATTORNEY ERIC ALAN WUGHALTER
FILING FALSE PAPER WITH THE COURT
JUNE OF 2013(f), DIDN'T USE THE RIGHT
ADDRESS OR MANGERMENT/LANDLORD/
4301 PARK AVE   BRONX NEW YORK 10457
1. WILLFUL MISCONDUCT 2. SLANDER
3. HARASSMENT 4. DISCRIMINATION
5. EXTORT 6. GROSS NEGLIGENCE 7. RETALATION
BECAUSE I MADE GOOD FAITH COMPLAINT
8. OBSTRUCTION OF JUSTICE 9. DENIED US SERVICE
10. INVOLVED IN ILLEGALLY/UNLAWFUL EVICTION
ON SEPTEMBER 24,2014(f) 11. HAS OUR RENT
MONEY FROM SEPTEMBER 2010(f) - NOVEMBER 6,2014(f)
12. Criminal Conspicary to DEFRAUD

(#3) ✱ MOSHE ABRAMSON ✱ JOIN IN WITH THE OTHER'S
WRONGDOER'S, HE CAME TO COURT AND HE PLACE
HIS NAME ON FRAUDULENT PAPER, THAT ATTORNEY
ERIC ALAN WUGHALTER, ATTORNEY JULIANS
KAUFMAN CROGER WUGHALTER, KAUFMAN, CORRADTNE (LAW FIRM)



page 3

3/

# WHO DID WHAT?

SEE A HACHED

(#3) MOSHE ABRASON UNLAWFUL MESS UP THE PUBLIC RECORD AGAINST MY FAMILY AND I. HE VIOLATED PENALLAW 175.25, PENALLAW 175.20, AND SELF HELP, RPAPL§749. TO OUR MONEY, AND MY APARTMENT AND BUILDING OF OVER 44 YEARS, DEFAMATION OF CHARACTER, DEFRAUD, TOLD AND ALLOW HIS ATTORNEY TO BIAS ATTACK MY FAMILY AND I.

(1) ATTORNEY ERIC ALAN WUGHALTER
(2) ATTORNEY JULIAN S. KAUFMAN
(3) ROGERS, WUGHALTER, KAUFMAN, CORRIDINE (LAW FIRM)
(4) ATTORNEY YISREOL Y. LESKHOWITZ (LAW FIRM)

(#4) *ISAAC HERWITZ* JOINED IN WITH

(1) MICHEAL TESSLER
(2) JACOB SCHWARTZ
(3) MOSHE ABRAMSON

TO DEFRAUD MY FAMILY AND I OF JUSTICE. HE CAME TO COURT WITH A GROUP OF PEOPLE TO INTIMIDATION ME. HE PUT HIS NAME ON PAPER THAT ATTORNEY ERIC ALAN WUGHALTER, AND ATTORNEY JULIAN S. KAUFMAN USE AGAINST ME. WITH THEIR FRIENDS IN BRONX HOUSING COURT JUDGE'S AND WORKERS, BRONX CIVIL COURT JUDGE'S AND WORKERS THAT DENIED MY FAMILY AND I DUE PROCESS IN THE COURT.

(1) FEDERAL FAIR HOUSING ACT
(2) FEDERAL CIVIL RIGHT ACT

# WHO DID WHAT?

SEE ATTACHED

#5 * ATTORNEY ERIC ALAN WUGHALTER. *
HAS FROM JAN 2, 2013 (FED) — PRESENT
VIOLATION OF JUDICIARY LAW § 487.
ATTORNEY ERIC ALAN WUGHALTER HAS
OBSTRUCTION OF JUSTICE, DENIED MY
FAMILY AND I DUE PROCESS. HE HAS
BEEN ALLOWED TO PERJURY AND DEFRAUD
MY FAMILY AND I OF MONEY AND OUR
APARTMENT AND BUILDING OF OVER
44 YEARS. ATTORNEY ERIC ALAN WUGHALTER
HAS PERJURY TO ① DIVISION OF HUMAN RIGHTS
② U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
③ DIVISION OF HOUSING AND COMMUNITY RENEWAL
④ DEPARTMENT OF HOUSING AND PRESERVATION DEVELOPMENT
⑤ SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE TERM, FIRST DEPARTMENT.
⑥ CITY MARSHAL THOMAS BIA.
⑦ JUDGE JOHN HENRY STANLEY
⑧ JUDGE STEVEN WEISMAN
⑨ JUDGE BRENDA SPEARS
⑩ JUDGE JAYA MADHAVANS
⑪ JUDGE LIZBETH GONZALEZ
⑫ JUDGE JULIA RODRIGUEZ
⑬ JUDGE JOSPHE CAPBELLA
⑭ COURT WORKER'S BRONX HOUSING COURT
⑮ COURT WORKER'S BRONX CIVIL COURT
⑰ DIVISION OF HUMAN RIGHT MR. HUGH JAMES MCGINLY
⑱ DIVISION OF HOUSING COMMUNITY RENEWAL JENNIFER L. SPENCER
SENIOR ATTORNEY.
⑲ DEPARTMENT OF HOUSING AND PRESERVATION DEVELOPMENT

① ATTORNEY SIMONE SILVSTER (HPD ATTORNEY)
② ATTORNEY JAMES VAYER (HPD ATTORNEY)

(HPD-ACTIONS)

WHO DID WHAT?

SEE
Attached

(#5) * (ATTORNEY ERIC ALAN WUGHALTER) HAS
USED UNLAWFUL MEANS AND MANNER TO
ILLEGALLY UNLAWFUL EVICTION ON
SEPTEMBER 24, 2014 (fed) (2) RPAPC§749
(3) PENAL LAW 175.25 (4) PENAL LAW 175.20
(5) WILLFUL MISCONDUCT (6) GROSS NEGLIGENCE
(7) MALICIOUS PROSECUTION (8) WILLFUL OVERCHARGE
(9) USED THREATS (10) WILLFUL DISContinue
ESSENTIAL SERVICES SUCH AS WATER
(REAL PROPERTY LAW §235 (11) MAIL FRAUD
(12) EXTORT (13) WRONGDOER (14) BIAS ATTACK
(15) HEALTH ENDANGERMENT (16) FRAUD
(16) SLANDER (17) BAD FAITH
(18) LANDLORD / ATTORNEY ERIC ALAN WUGHALTER
MAY NOT (BUT THEY DID FROM JAN 2, 2013 (fed)
PRESENT July 19, 2016 (fed) HARASS OR PENALIZE
TENANTS WHO EXECISE THIS RIGHT.
REAL PROPERTY LAW §230).
(19) DISCRIMATION, EXECUTIVE Law §296(5)
(20) REASONABLE ACCOMDATION HRL.296.18(2)
(33N(3 FLOOR) ATTORNEY BLOCK ME FROM moving Downstair
(21) IN NEW YORK CITY TENANTS ARE Futher
PROTECTED AGAINST DISCRIMINATION with
RESPECT TO LAWFUL OCCUPATION.
MY FAMILY AND I WAS LAWFUL OCCUPATION
IN THE BUILDING / APARTMENT OF OVER
44 YEARS, BUT BECAUSE OF ATTORNEY ERIC
ALAN WUGHALTER, AND JUDGES THAT LEND
THEIR BENCH AND COURTROOM AND JUDGMENT
TO ATTORNEY ERIC ALAN WUGHALTER.

PUBLIC CORRUPTION (page 6)

WHO DID WHAT?

#5 (22) ATTORNEY ERIC ALAN WUGHALTER HAS ✱
HARASSMENT. (AND) A LANDLORD OR
ATTORNEY ERIC ALAN WUGHALTER MAY
NOT TAKE ANY ACTIONS TO UNLAWFULLY
SEE
ATTACHED
FORCE A RENT REGULATED TENANTS
TO VACATE THEIR APARTMENT OR TO
GIVE ANY RIGHT THE RENT LAW.
(23) UNDER CERTAIN CIRCUMSTANCES
HARASSMENT CAN BE CONSTITUTE
A CLASS E FELONY (PENAL LAW ARTICLES-241)

#6 ✱ (ATTORNEY JULIAN S. KAUFMAN) ATTORNEY
ERIC ALAN WUGHALTER ARE PARTNER.
ATTORNEY JULIAN S. KAUFMAN JOIN IN
WITH THE CRIMINAL CONSPICARY TO
DEFRAUD ATTORNEY JULIANS KAUFMAN
IS GUILTY OF VIOLATION OF JUDICARY
LAWS 487 ATTORNEY JULIAN S. KAUFMAN
USE UNLAWFUL MEAN IN BRONX CIVIL
COURT WITH HIS FRIENDSHIP WITH
JUDGE'S AND WORKER IN BRONX CIVIL
COURT THAT DENIED ME (US)DUE
PROCESS (1)WILLFUL MISCONDUCT (2)SLANDER
(3)UNLAWFUL EVICTION/LOCKOUT/SEPTEMBER
24,2014(A). (4)PENAL LAW 175.25 (5)PENAL Law 175.20
(6)DEFAMATION OF CHARTER (7)OBSTRUCTION
OFJUSTICE (8)MAIL FRAUD (9)MISFEASANCE
(10)TORT (11)HEALTH ENDANGERMENT
(12) RPAPL§749 (13) MALICIOUS PROSECUTION
(14)VIOLATION OF OUR CIVIL RIGHT.
(15) FEDERAL FAIR HOUSING ACT        page
(16) FEDERAL CIVIL RIGHT ACT          7

# WHO DID WHAT?

#7 * ROGERS, WUGHALTER KAUFMAN, CORRIDINE LAWFIRM) *
HAS VIOLATED JUDICIARY LAWS 487,
FROM JANUARY 2, 2013 (CFC) - PRESENT
THE LAW FIRM OF ROGERS, WUGHALTER
KAUFMAN, CORRIDINE, HAS BE INVOVLED
IN A CRIMINAL CONSPIRACY TO DEFRAUD
MY FAMILY AND I, WE HAVE BEEN THE
VICTIM OF (1) FEDERAL FAIR HOUSING ACT
(2) FEDERAL CIVIL RIGHT ACT.
THE LAW FIRM OF ROGERS, WUGHALTER,
KAUFMAN, CORRIDINE HAS MALICIOUS
PROSECUTION MY FAMILY AND I BECAUSE
WE MADE GOOD FAITH COMPLAINT
WITH DIFFERENT GOVERMENT CITY, STATE, FEDERAL,
MY FAMILY (1): NATHANIEL JAMES MCCALL BURLEY
(2) EZEKIEL JORDAN MCCALL BURLEY
(3) ZOE ELISABETH MCCALL BURLEY
(4) MONE MILLER
(5) JEANETTE MCCALL WILSON
(6) DERRICK MCCALL
(7) KEITH JONES
(8) DUANE BROWN
(9) MELIVA WILLIAMS
(10) EMANUEL WILLIAMS
(11) LINETTE BELLAMY
(12) PROSE KIM L. MCCALL (8) 3456 TO PERSON WITH DISABILITY
HAD TO DEAL WITH THE MALICOUS ATTACK
THAT WRECK HAVOC IN OUR LIVES, WE
HAVE BEEN HOMELESS FOR
DAYS ____ MONTHS ____ DAYS

WHO DID WHAT?

(#5) * (ROGERS)(WUGHALTER)(KAUFMAN)(COOK)(DEFINE)(LAW FIRM)
HAS (1)WILLFUL MISCONDUCT (2)EXTORT
(3)FRAUD (4)GROSS NEGLIGENCE
(5)MAIL FRAUD (6)OBSTRUCTION OF JUSTICE
(7)PENAL LAW 175.25 (8)PENAL LAW 175.20
(9)VIOLATION of MY CIVIL RIGHT
(10)VIOLATION OF OUR CIVIL RIGHT
(11)DENIED DUE PROCESS (12)SLANDER
(13)BIAS (14)TORT (15)LIABLE
(16)RPAPL§749 (17)PERJURY (18 BAD FAITH
(19)USE UNLAWFUL MEANS AND MANNER
TO ILLEGALLY UNLAWFUL EVICTION
ON SEPTEMBER 24, 2014(FD) (20) ILLEGALLY
AND UNLAWFUL LOCKOUT SINCE
SEPTEMBER 24, 2014(FD) - JULY 20, 2016 CFD,
(21)WILLFUL OVERCHARGE (22)DISCONTINUE SERVICES
REAL PROPERTY LAW§235 (23) (WRONGDOER'S
(24)ATTORNEY ERIC ALAN WUGHALTER IS
THE RINGLEADER OF THIS CRIMINAL
CONSPICARY TO DEFRAUD THE McCALL
BURLEY MILLER WILSON BROWN
JONES WILLIAMS BELLAMY FAMILY
All OF 2013(FD) JAN 2, 2013(FD) - DEC 31, 2013(FD)
All OF 2014(FD) JAN, 2014(FD) - DEC 31, 2014(FD)
All OF 2015(FD) JAN 1, 2015(FD) - DEC 31, 2015(FD)
All OF 2016(FD) JAN 1, 2016(FD) - JULY 20, 2016(FD)
(25)BIAS ATTACK (26) HEALTH ENDANGERMENT
(27)HARASS, REAL PROPERTY LAW§230
(28)DISCRIMINATIONS EXECUTIVE LAW§296(5)
(29)DENIED PROSE KIML McCALL @34§§
PERSON WITH DISABILITY REASONABLE
ACCOMDATION HRL 296.18(2) (3 PRONG) 33N (page 9)
ALL OF 2013(FD), 2014(FD), 2015(FD), 2016(FD). (9/)

WHO DID WHAT?

(#7) * (ROGERS,WUGHALTER,KAUFMAN, CORRIDINE (LAW FIRM)) *

(30) COVER UP,WITH BRONX HOUSING COURT JUDGE'S AND OTHER, FOR THE ABUSE AND UNLAWFUL ACTIONS FROM January 2,2013(rd)— July ,2016 (fe). (WHICH DENIED US DUE process)

(31) PENAL LAW ARTICLES-241.

(32) LOOK AT EXHIBIT I) ATTORNEY ERIC ALAN WUGHALTER (ROGERS, WUGHALTER, KAUFMAN, CORRENDINE) AFFIRMATION IN OPPOSITION #66412/13 (Index NO).

(#1) ATTORNEY ERIC ALAN WUGHALTER GUILTY of PERJURY THAT ATTACK US.

(#2) ONE OF THE MANY LAWYERS, LAW FIRM

(#3) THE LANDLORD HAD OUR money ORDER/CHECKS.

(#4) THIS IS A WILLFUL OVERCHARGE/ MORE WAS NOT OWED

(#5) WE PAID IN A TIMELY MANNER/NEVER GAVE US CREDIT FOR PAYING

(#6) I DIDNT UNDERSTAND HOW TO FILE/AN EXPLAIN THE TRUTH

(#7) I AM NOT A LITIGIOUS PERSON, I JUST FIGHTING for JUSTICE

(#8) IT IS ATTORNEY ERIC ALAN WUGHALTER STATEMENT THAT RAISE ISSUES OF SLANDER AND LIBEL.

(#9) PARTIES ARE CLEARY Free TO CHART THEIR OWN COURSE m LITIGATION,(1)ATTORNLEY ERIC ALAN WUGHALTER (2) ATTORNEY JULIAN S. Kaufman (3)ROGERS, WUGHALTER, KAUFMAN, CORRIDINE (LAW Firm) (4)ATTorney YISROL Y.LESHOMAZ (5)MICHEAL TESSLER (6) JACOB SCHWARTZ (7)MOSHE. ABromsen (8) ISAAC HERLWTZ HAVE Chosen TO USE UNLAWFUL/ILLegaly/ And SELF HELP, AND FRAUD TO VIoloted OUR CIVIL RIGHT. AND TO TAKE MY FAMILY AND I APARTMENT of over 44 year IN THEIR LITIGATION.

BUT we seek HELP From THIS KIND OF LITIGATION, UNDER.
① FEDERAL FAIR HOUSING ACT
② FEDERAL CIVIL RIGHT ACT

page 18 10/

# WHO DID WHAT?

⑧ ATTORNEY YISREOL Y. LESKHOWITZ (LAW FIRM)
JOIN FORCE WITH ATTORNEY ERIC ALAN WUGHALTER
AND HIS LAW FIRM TO DEFRAUD MY FAMILY
AND I OF OUR APARTMENT OF OVER 44 YEARS.
ATTORNEY ERIC ALAN WUGHALTER SUBMITTED PAPERS
TO JUDGE JOHN HENRY STANLEY        MAY 19, 2014 (?)
STATING THAT THE LAW FIRM OF ATTORNEY YISREOL Y.
LESKHOWITZ WAS JOINING, IN   ON  THE CASE. ATTORNEY
YISREOL Y. LESHOWITZ IS GUILTY OF VIOLATION
OF JUDICIARY LAW § 487, AND FILING FALSE AND
MISLEADING PAPER FOR HIS CLIENTS. ① MICHEAL
TESSLERS ② JACOB SCHWARTZ ③ MOSHE ABRAMSON ④ ISAAC
HERMAZ. MY FAMILY AND I'M THE VICTIM
OF ABUSE BY LAWYERS / LAW FIRM BECAUSE
OF PUBLIC CORRUPTIONS AND THE FRIENDSHIP
THAT THE LAWYER HAVE WITH JUDGE'S IN
BRONX HOUSING COURT / BRONX CIVIL COURT.
ATTORNEY YISREOL Y. LESHOWITZ (LAW FIRM) IS
GUILTY OF ① OBSTRUCTION OF JUSTICE
② PENAL LAW 175.25
③ PENAL LAW 175.20
④ CRIMINAL CONSPIRACY TO DEFRAUD
⑤ WILLFUL MISCONDUCT
⑥ GROSS NEGLIGENCE
⑦ TORT / LIABLE / HEALTH ENDANGER
⑧ FEDERAL CIVIL RIGHT ACT
⑨ FEDERAL FAIR HOUSING ACT
⑩ UNLAWFUL EVICTION ON SEPTEMBER 24, 2014 (?)
⑪ EXTORT
⑫ RPAPL § 749
⑬ DISCRIMINATION ⑭ HARASSMENT ⑮ RETALATATION

# WHO DID WHAT?

⑨ JUDGE JOHN HENRY STANLEY HAS DENIED MY FAMILY AND I DUE PROCESS. JUDGE JOHN HENRY STANLEY GAVE PROCEDURAL AND TACTICAL ADVANTAGES BECAUSE OF EX-PARTE COMMUNICATION TO ATTORNEY ERIC ALAN WUGHALTER AND HIS LAW FIRM. JUDGE JOHN HENRY STANLEY HAD A PERSONAL BIAS AND PREJUDICE CONCERNING ME. JUDGE JOHN HENRY STANLEY NEVER DISPOSE OF ALL MY JUDICIAL MATTER PROMPTLY and EFFICIENTLY AND FAIRLY. JUDGE JOHN HENRY STANLEY LEND THE PRESTIGE OF HIS JUDICIAL OVER TO the WRONGDOER'S ATTORNEY ERIC ALAN WUGHALTER AND HIS CLIENTS. JUDGE JOHN HENRY STANLEY NEVER REQUIRE ORDER AND DECORUM IN MY COURT PROCEEDING BEFORE HIM. JUDGE JOHN HENRY STANLEY DIDN'T accord TO ME WHO HAD A LEGAL INTEREST IN A proceeding TO BE HEARD ACCORDING TO the LAW. JUDGE JOHN HENRY STANLEY, MADE PLEDGES OR promises of CONDUCT IN HIS OFFICE AS A JUDGE THAT ARE INCONSISTANT OF THE IMPARTIAL PERFORMANCE OF THE ADJUDICATIVE DUTIES OF THE OFFICE. JUDGE JOHN HENRY STANLEY HAS WILLFUL MISCONDUCT/GROSS NEGLIGENCE. JUDGE JOHN HENRY STANLEY WILLFUL OVER CHARGE MY FOR RENT IN HIS JUDGMENT/DECISIONS, BUT DIVISION OF HOUSING AND Community RENEWAL GRANTING MY APPLICATION FOR RENT over CHARGE. JUDGE JOHN HENRY STANLEY ACTED LIKE HE WAS ATTORNEY ERIC ALAN WUGHALTER, LAWYER FIGHTING AND WINNING CASE FOR HIS CLIENT.

＊ ( LOOK AT EXHIBIT 7 )

# PUBLIC CORRUPTION

# WHO DID WHAT?

(10) JUDGE STEVEN WEISMAN, DENIED ME DUE process
ALL of 2014(FED), JUDGE STEVEN WEISMAN ALLOWED ATTORNEY
ERIC ALAN WUGHALTER TO ① VIOLATE JUDICARY LAWS 487
② PERJURY ③ OBSTruction of JUSTICE ④ HARASSMENT
⑤ WILLFUL MISCONDUCT ⑥ GROSS NEGLIGENCE
① JUDGE STEVEN WEISMAN ALLOWED ATTORNEY
ERIC ALAN WUGHALTER TO CONVEY THAT ATTORNEY wugHalter
WAS IN A SPECIAL POSITision of INFLUENCE OVER the JUDGE
BECAUSE ALL MY CASES IN HPD / HPDACTION /
HPD 2 CASES OF HARASSMENT WAS DENIED BY A Horal
JUDGE STEVEN WEISMAN THAT HAD A FRIENDSHIP
WITH ATTORNEY ERIC ALAN WUGHALTER AND HIS
LAW FIRM ATTORNEY WUGHALTER HAD EX-Communication
WITH JUDGE STEVEN WEISMAN AND other PEOPLE of
THE COURT, JUDGE WEISMAN IS GUILTY of
PUBLIC CORRUPTION. HE DIDN'T ABIDE BY THE LAW
OF HOUSING COURT, HE GAVE JUDGEMENT AND DECISION
TO THE WRONGDOERS, THAT VIOLATE THE RULES AND
① FEDERAL FAIR HOUSING ACT
② FEDERAL CIVIL RIGHT ACT.
(11) JUDGE BRENDA SPEARS, DENIED US DUE PROCESS,
SHE ALLOWED ATTORNEY ERIC ALAN WUGHALTER TO RUN
THE COURT ROOM. JUDGE SPEARS WOULDN'T HONOR, MY
APPLICATION BY DIVISION OF HOUSING AND Community
Renewal THAT GRANTED MY APPLICATION FOR RENT
OVERCHARGE DOCKet number CV 610052R, ISSUE DATE
MARCH 10, 2015(FED). I TOOK IT TO COURT MARCH 2015(FED).
BUT JUDGE BRENDA SPEARS ALLOWED ATTORNEY
ERIC ALAN wughalter, TO TALK HER OUT OF GIVEN
ME RELIEF. AND DENIED ME MY DAY IN COURT.